UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MOTOROLA MOBILITY LLC.<br><br>*Defendant*. | Case No. 1:24-cv-08726<br><br>**JURY TRIAL DEMANDED**<br><br>**Honorable Joan H. Lefkow** |

## SCHEDULING ORDER

| Event | Deadline |
|---|---|
| Final Infringement Contentions I (LPR 3.1(a)(1))<br><br>Service of the list of asserted claims pursuant to LPR 3.1 (a) (1) | May 19, 2025 |
| Final Infringement Contentions II (LPR 3.1(a)(2))<br><br>Service of Final Infringement Contentions containing information as required by LPR 2.2 (a)-(h) | June 2, 2025 |
| Final Unenforceability and Invalidity Contentions (LPR 3.1) | June 2, 2025 |
| Final Non-infringement Contentions (LPR 3.2) | June 30, 2025 |
| Final Enforceability and Validity Contentions (LPR 3.2) | June 30, 2025 |

| | |
|---|---|
| Discovery Concerning Opinion of Counsel (LPR 3.6) | 7 days through 42 days after entry of a claim construction ruling |
| Exchange of Proposed Claim Terms and Proposed Constructions (LPR 4.1a) | July 30, 2025 |
| Amendments to the pleadings and/or joinder of additional parties | July 21, 2025 |
| Meet and Confer Regarding Terms for Construction (LPR 4.1b) | August 20, 2025 |
| Defendant Opening Claim Construction Brief (LPR 4.2a); Joint Appendix (LPR 4.2b) | September 17, 2025 |
| Plaintiff Responsive Claim Construction Brief (LPR 4.2c) | October 15, 2025 |
| Defendant Reply Claim Construction Brief (LPR 4.2d) | November 5, 2025 |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | November 12, 2025 |
| Claim Construction Hearing (LPR 4.3) | December 2025, at a date convenient for the Court |
| Claim Construction Ruling | To be determined by the Court |
| Initial Expert Witness Report (LPR 5.1b) | 75 days after Claim Construction Ruling |
| Fact Discovery Closes | 60 days after Claim Construction Ruling |
| Rebuttal Expert Witness Report (LPR 5.1c) | 35 days after Initial Expert Report |

| Expert Discovery Closes | 28 days after Rebuttal Expert Report |
|---|---|
| Final Dispositive Motions, including *Daubert* motions | 28 days after close of Expert Discovery |
| Trial | To be determined after Claim Construction Ruling |

ENTER:

Date: March 21, 2025

_____
JOAN HUMPHREY LEFKOW
U.S. District Judge